**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Lorenzo Owen SPELLMAN,
Defendant—Appellant.**

No. 09–7828.

United States Court of Appeals,
Fourth Circuit.

Submitted: Feb. 25, 2010.

Decided: March 4, 2010.

Lorenzo Owen Spellman, Appellant Pro Se. Angela Mastandrea–Miller, Assistant United States Attorney, Richmond, Virginia, for Appellee.

Before DUNCAN and AGEE, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lorenzo Owen Spellman appeals the district court's order denying his post-judgment motion to withdraw his guilty plea. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Spellman,* No. 3:08–cr–00107–HEH–1 (E.D.Va. Sept. 4, 2009). We dispense with oral argument because the facts and legal contentions are ade-

quately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*